476 A.2d 64

Commonwealth v. Zarecky, Appellant.

 Argued
April 11, 1984. Charles F. Gilchrist, for appellant; Charles
S. Hersh, Assistant District Attorney, for Commonwealth,
appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.